# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

adolph richard ott wright
  a living man claim                 :      CIVIL ACTION NO. 3:24CV1859

                                         :      **FILED**

v.                                     :      **SCRANTON**

LUZERNE COUNTY et al, ELITE REVENUE SOLUTION LLC et al, :

SOLUTION LLC et at, HARRY SKENE, GREGOR SKIBITSKI,    :      OCT 28 2024

SAMUEL FALCONE JR., DAVID KELLER, JOSEPH PLUMMER,    :

JUDGES LESA GELB, FRED PIERANTONI, CHARLES SAYLOR    :   PER_____

                                                     **DEPUTY CLERK**

---

Re: SUPREME COURT OF PENNSYLVANIA: No. 117MM2024, 298MT2024, 2021 MDA 2024

RE: COMMONWEALTH COURT OF PENNSYLVANIA: 1233CD2022, 455CD2023, 454CD2023, 1476CD2022, 1476CD2023, 141CD2023, 1442CD2023, Pin # 09 N5 00A 008 000 and 09 N5 00A 08A 000

RE: SUPERIOR COURT OF PENNSYLVANIA: REL COURT OF COMMON PLEAS: 202210282, 202211711, 202404650, 202404650, 202205055, 202400660, 202106115, 202111101
Pin # 09 N5 00A 008 000 and 09 N5 00A 08A 000

RE: COURT OF COMMON PLEAS COUNTY OF LUZERNE: 2010282, 202205055, 202211711, 202400660, 202404650, 202404651, Pin # 09 N5 00A 008 000 and 09 N5 00A 08A 000

---

AFFIRMATION IN THE FORM OF A MOTION FOR EMERGENCY INJUCTION (IMMEDIATE INJUCTION OF THE COURT OF COMMON PLEAS WRIT OF POSSESSION INCLUDING ANY OTHER ACTION FROM OTHER COMMONWEALTH OF PENNSYLVANIA COURTS WHILE THEIR JURISDICTION IS BEING CHALLENGED AND PROOF OF JURISDICTION IF ANY IS PLACED ON THE RECORD OR VOID THE CASES.

1. i adolph wright see no evidence of the COURT OF COMMON PLEAS ever possessing Subject Matter or Persona jurisdiction in this matter or in the related cases indicated above. It is within the control of this Superior Court to correct the lower courts Jurisdictional error state the Jurisdiction on the record. Notice of use of foreign laws to that of the COMMONWEALTH OF PENNSYLVANIA. (see PA C.S. 42 section 5327). For this and other reason below is why Superior Court retains jurisdiction.

2. The four attached Court Orders (marked as Exhibit 1, 1.2, 1.3, 1.4) issued form the COURT OF COMMON PLEAS OF LUZERN COUNTY are highlighted in yellow and orange show clear examples of different Jurisdiction being stated on the same document form the court, which is fraud on the court by court personal.

    a. The area in the caption in all caps of the COURT OF COMMON PLEAS, COMMONWEALTH COURT orders or Letters are highlighted in yellow to illustrates the Municipal / Maritime Jurisdiction and the UCC.

Notice to Principal is Notice to Agent as Notice to Agent is Notice to Principal
Notice to Principal is Notice to Subunit as Notice to Subunit is Notice to Principal

    b. Any caption with Upper- and Lower-case letters would illustrate the Territory government of the UNITED STATES of America being the Sea jurisdiction.

    c. The signature line, and use of upper- and lower-case signature [or lack thereof] of the Judge or other court official orders, or letter indicates being signed by a British Territorial District Judge or court official under Martial Law (UCMJ)

    d. This is clear evidence of fraudulent intent over a period of time.

    e. The same can be said of orders or opinions coming from the COURTS regarding the cases numbers listed above under RE:. more than 17 times during the period between 2022 until now.

3. Whichever jurisdiction the court is operating under either are foreign to adolph.

4. These three orders and writ of possession are not True Bills and hence are being retuned as Non-Negotiable and will apply to all like orders mailed out through the USPS or hand delivered.

5. The attached documents are included to rebut any assumption that adolph wright is a UNITED STATES or any of its derivatives of Citizenship which would place him under the jurisdiction of the UNITED STATES or THE COMMONWEALTH OF PENNSYLVANIA a derivative of the UNITED STATES. (See attached Exhibits here listed)

    a. MANADATORY NOTICE foreign Sovereign Immunities Act Sections 1605 and 1607 NOTICE OF LIABILITY: 18 USC 2333, 18 USC 1341 AND 1342.

    b. CERTIFICATE OF ASSUMED NAMED NOTICE OF TRANSFER OF RESERVED NAME.

    c. Fee Schedule

    d. Criminal Information, Claim and Notice of Liability

    e. Amended and Restated Return Service with finding of Facts by Operation of Law

    f. International Public Notice: Announcement

    g. International Public Notice: Black Hats and Black Rocks

    h. International Public Notice: Change of Government Underway

    i. International Public Notice: Land Law

    j. International Public Notice: Land and Soil Jurisdiction Sheriffs

    k. Notice to County Sheriffs

    l. Notice to 16 government officials in 2019 and Default Judgement

6. These letters, Notices, or Orders that are not attached but part of the record are included by reference and to be treated as being highlighted, marked Non-**Negotiable Instruments** to the same extent as in point 2 above, UNDER CASE NO. in the COURT OF COMMON PLEAS; 202210282, 202205055/202400660/0202404650, 202404651. Herein listed by date for the cases listed above: 9/27/22, 10/10/22, 10/18/22, 12/8/22 12/28/22, 3/6/23, 4/4/23, 4/11/23, 4/12/23, 4/24/23, 6/1/23, 6/2/23, 6/18/23, 6/21/23, 7/10/23, 7/18/23, 8/8/23, 8/19/23, 10/10/23, 11/1/23, 11/3/23,

11/22/23 2/15/24, 3/13/24, 7/17/24, 8/19/24, 9/19/24. The same is said of the Appellant Courts of the COMMONWEALTH OF PENNSYLVANIA included by reference.

7. On August 12, 2024 i attempted to file JUDGE CHARLES SAYLOR default Judgement. i, was told by both the CLERK OF COURTS (MICHELLE BEDNAR) and PROTNONOTARY (PAULA REDRICK) that the case was closed and could not file anything on it. On that day i mailed a copy to JUDGE SAYLOR anyway. At that point JUDGE SAYLOR was in violation of 28 U.S.C. 455; 26 U.S.C. 6903; 26 U.S.C. 2032 a, e-11; 18 U.S.C. 2382, 15 U.S.C. 1692 c, e. Should a judge not disqualify himself when the judge is violation of the due process clause of the us constitution united state v scuito 521 F.2d 521 842, 845 (7TH CIR. 1996) Does not Executive Order 12674 Principles of Ethical Conduct apply here. His action, orders on August 19, 2024 and before after his admission of having un-clean hands as indicated by the default Judgement is VOID thus the WRIT OF POSSESSION is VOID. Other default Judgments mailed to yet to be filed on the record: Joan Hoggarth, Paul Hindmarsh, Michelle Bednar, Michael Vough, Richard Hughes, Brian Szumski, Luzerne County et al, Elite Revenue Solution LLC et al, Thomas Munley

## STAY OR MARKED VOID THE WRIT OF POSSESSION

Sheriff Brain Szumski approached me on 10/24/24 at the Luzerne County Courthouse near his office on my way out of the courthouse. He handed me a Writ of possession document dated 8,21,24. I asked him if he read the Mandatory Notice mailed and hand delivered to his office. i told him he should not even be talking to me let alone handing me paperwork. His reply was yes and that he had a job to do. In his capacity as Sheriff he has chosen to violate his oath of office (of which i am in possession of and on file in the courthouse ) to uphold the UNITED STATES OF AMERICA CONSTITUTION, THE UNITED STATES CONSTITUION and which he has chosen to hold up THE COMMONWEALTH OF PENNSYLVANIA statues, codes, regulation over the CONSTITUTIONS OF THE UNITED STATES OF AMERICA AND OR THE UNITED SATES. On Friday October 25 I placed the writ of possession handed to me in the mail to him and hand delivered the same to his office marked Non-Negotiable. i adolph wright the man and "ASN" **moves** for this COURT to Void the action of the COURT OF COMMON PLEAS for **lack of Jurisdiction** or stay this matter because of the **JUDGE CHARLES SAYLOR and BRAIN SZUMSKI unclean hands, as their admission to the facts in the default judgment, thus void their action back to the beginning** and inform the LUZERNE COUNTY COURT OF COMMON PLEAS, of the Stay or Void the Writ of Possession.

## AFFIRMATION

i adolph wright, being of sound of mind, age of majority, having knowledge of the facts, certify under penalty of perjury under the laws of the united States of America, or the United States Inc. that the following is true, correct to the best of my understanding and belief. You have seen similar statement below since January of 2023. This statement or similar statement have appeared in a number of filing since January of 2023 in court filings of which you failed to answer. If you have evidence to the contrary, you must rebut this with a counter affirmation within 5 days, of its mailing to you. Your silent is self-executing, tacit admission, acceptance and agreement to the facts stated and become a binding bilateral agreement between us in your individual and or official capacity, and you or your agents, employee,

employer, officers or family, may not contest the finality of this as your default judgement. Any statement or statements that is invalid does not invalidate the rest.

1. i adolph richard ott: wright a flesh and blood man made in God image and choose the status of an America State National (ASN) which is foreign to those entity listed below in point # 2 below. having documentation of the fact. i.e. (see 5 d above) i'm a lawful man having Natural and Unalienable right's granted by nature and God as the founders of the united States of America put it land jurisdiction.

2. i am Not a U.S. Citizens, not a British Territorial U.S. Citizens, a Municipal U.S. Citizen nor an agent, officer, employee, a resident, Domicile within that jurisdiction ( see The CONSTITUTION of the UNITED STATES OF AMERICA Article 1 section 8 clause 17), a human, legal person (i.e. slave), a person (per the 37 Congress, Second Session Chapter 49, section 68 a person is **no longer a "people", it is a corporation)** or in any caste system of the Territorial or Municipal **govern**ments, incompetent, or any species of federal Citizen. Do not refer to me as such.

3. First declared expatriation was filed in LAMAR COUNTY, GA. SUPERIOR COURT FILED & RECORDED IN CLERK'S OFFICE JUN 15 2017AT 11:09 A.M. BPA Book 74 Page 317; the second was on JAN 15, 2019 at 10: 09 am BPA book 93 page 605. Notice 16 government offices with return receipt or certified mail, which has gone unanswered and the facts so stated accepted by each of the Offices holders or agents thereof; the third and current standing information can be access in point 5 d below 2nd paragraph is a link.

Restricted endorsement     Date: October 28, 2024

BY: _adolph richard ott: wright_ © Tm, Ex, PB Tee
Living Principal Autograph Done in Good Faith 06-30-55

### PROOF OF SERVICE

I hereby certify that a copy of this filing will be placed in the UPUS mail to the following person.

Harry Skene Luzerne County solicitor is agent of Luzerne County et al, employee Lesa Gelb, Fred Pierantoni, Charles Saylor and Gregory S. Skibitsky is agent for Harry Skene; Samuel Falcone Jr. is agent for Elite Revenue Solution LLC et al and Sean Shamany, David Keller and Joseph Plummer are agents of Elite Revenue Solution LLC et al.

Samuel Falcone Jr. 900 Rutter |Ave, # 24 Forty Fort, Pa. 18704
Harry Skene Luzerne County Solicitor 20 N. Pennsylvania Ave suite 215 Wilkes-Barre, PA. 18701
David Keller 183 Jean Drive Brodheadsville, Pa, 18322
Sheriff Brain Szumski 200 N. River Street Wilkes-Barre, PA. 18711 (hand delivered)

Date:   October 28, 2024

Restricted endorsement

BY: _adolph richard ott: wright_ © Tm, Ex

Notice to Principal is Notice to Agent as Notice to Agent is Notice to Principal
Notice to Principal is Notice to Subunit as Notice to Subunit is Notice to Principal